# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIENA FOGGETTI, | ) CASE NO. 5:20-cv-01757 JLS (SPx) |
| Plaintiff, | ) **ORDER DISMISSING ENTIRE ACTION** ) **WITH PREJUDICE** |
| v. | ) |
| EMD MILLIPORE CORPORATION, a Massachusetts corporation; DOES I through X, inclusive, | ) ) ) |
| Defendants. | ) |

<u>ORDER</u>

IT IS SO ORDERED that this action is dismissed in its entirety with prejudice, with each party to bear its own costs and fees.

Dated: June 16, 2021

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT COURT JUDGE